**GREER & ASSOCIATES, A.P.C.**
C. Keith Greer., Esq. (State Bar No 135537)
C. Tyler Greer, Esq. (State Bar No. 320485)
16855 West Bernardo Dr, Suite 255
San Diego, California 92127
Telephone: (858) 613-6677
Facsimile: (858) 613-6680
E-mail: keith.greer@greerlaw.biz

Attorneys for Plaintiff
BLAINE LABORATORIES, INC.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SANTA ANA DIVISION

| | |
|---|---|
| BLAINE LABORATORIES, INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> VIVERA PHARMACEUTICALS, INC., a Delaware corporation, and PAUL EDALAT, an individual, <br><br> Defendants. | Case No. 8:19-cv-2263-RGK-JC <br><br> **NOTICE OF VOLUNTARY DISMISSAL** |

**TO THIS HONORABLE COURT, ALL PARTIES AND COUNSEL:** Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby voluntarily dismisses this entire case, without prejudice.

DATED: January 14, 2020

GREER & ASSOCIATES, A.P.C.

/s/ C. Keith Greer
C. Keith Greer, Esq.
Attorney for Plaintiff,
BLAINE LABORATORIES, INC.

**CERTIFICATE OF SERVICE OF DOCUMENT OTHER THAN COMPLAINT**

I hereby certify that on January 14, 2020, I filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the following:

Willmore F. Holbrow, Esq.
BUCHALTER, APC
1000 Wilshire Blvd., Ste. 1500
Los Angeles, CA 90017-1730
wholbrow@buchalter.com
*Attorney for Defendant Vivera Pharmaceuticals, Inc.*

MONA H GANTOS